# IN THE SUPREME COURT OF THE STATE OF NEVADA

APRIL H. RUIZ,
                    Appellant,
          vs.
STEVEN J. RUIZ,
                    Respondent.

No. 75640

**FILED**

SEP 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gary Fairman, District Judge
       April H. Ruiz
       Steven J. Ruiz
       Lincoln County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-37619